THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAN KWATE, on his own behalf and on the behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REECE CONSTRUCTION COMPANY, a For-Profit Corporation; and STEVEN REECE and the marital community thereof,<br><br>Defendants. | NO. 2:23-cv-00570-BAT<br><br>PLAINTIFF'S DEMAND FOR JURY TRIAL |

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Dan Kwate demands trial by jury in this action of all issues so triable.

DATED this 26th day of April, 2023.

**REKHI & WOLK, P.S.**

*s/ Gregory A. Wolk*
Gregory A Wolk, WSBA No. 28946
529 Warren Ave N., Suite 201
Seattle, WA 98109
Telephone: (206) 388-5887
Facsimile: (206) 577-3924
E-Mail: greg@rekhiwolk.com

*Attorney for Plaintiff*

PLAINTIFF'S JURY DEMAND - 1
CASE NO.: 2:23-cv-00570-BAT

**Rekhi & Wolk, P.S.**
629 Warren Avenue N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Sarah N. Turner, WSBA No. 37748
Nicole E. Demmon, WSBA No. 45322
GORDON REES SKULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5139
Fax: (206) 689-2822
Email: sturner@grsm.com
ndemmon@grsm.com

*Attorneys for Defendants*

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED April 26, 2023.

By: *s/ Jeff Mead*_____
Jeff Mead, Paralegal
REKHI & WOLK, P.S.
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Telephone: (206) 388-5887

PLAINTIFF'S JURY DEMAND - 2
CASE NO.: 2:23-cv-00570-BAT

Rekhi & Wolk, P.S.
629 Warren Avenue N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924