The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAN KWATE, on his own behalf and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REECE CONSTRUCTION COMPANY, a For-Profit Corporation; and STEVEN REECE and the marital community thereof,<br><br>Defendants. | NO. 2:23-cv-00570<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER**<br><br>NOTED ON MOTION CALENDAR: December 15, 2023 |

**STIPULATION**

Plaintiff Dan Kwate and Defendants Reece Construction Company and Steven Reece ("Defendants") (collectively, "Parties"), by and through their respective undersigned attorneys, respectfully submit this Stipulated Motion for Extension of Time. The parties previously stayed the case and, since that time the counsel for Defendants has changed and the Parties have been working to exchange information and data informally to determine whether they can settle this case without the need for litigation. While the Parties are continuing to determine whether they may be able to resolve this case, they also see the need to move forward with litigation on some threshold issues and therefore the Parties jointly state as follows:

STIPULATED MOTION FOR EXTENSION - 1

**Rekhi & Wolk, P.S.**
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

1. On February 2, 2023, Plaintiff commenced this civil action by filing his Complaint in the King County Superior Court. Dkt. # 1-2. On February 27, 2023, Plaintiff filed his Amended Complaint. Dkt. # 1-3.

2. On April 13, 2023, Defendants removed the case from King County Superior Court to this Court. Dkt. # 1.

3. On April 24, 2023, the Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. # 10.

4. The parties have attempted to resolve the matter but require additional time to determine if resolution of possible.

5. The parties request the deadline for Plaintiff to file a Motion to Remand, the deadline for Defendant to file a responsive pleading, and all other initial court deadlines to be extended by a few weeks.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 15, 2023          K&L GATES LLP

By: */s/ Shelby R. Stoner*
Patrick M. Madden, WSBA # 21356
Shelby R. Stoner, WSBA # 52837
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
patrick.madden@klgates.com
shelby.stoner@klgates.com
Attorneys for Defendants

DATED: December 15, 2023          REKHI & WOLK, P.S.

By: */s/ Hardeep S. Rekhi*
Gregory A. Wolk, WSABA #28946
Hardeep S. Rekhi, WSBA #34579
Erika Lane, WSBA #40854
Cameron K. Mease, WSBA #59550
Email: greg@rekhiwolk.com
Email: hardeep@rekhiwolk.com
Email: erika@rekhiwolk.com
Email: cameron@rekhiwolk.com

STIPULATED MOTION FOR EXTENSION - 2

**Rekhi & Wolk, P.S.**
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

1 | REKHI & WOLK, P.S.
2 | 529 Warren Ave N., Suite 201
  | Seattle, Washington 98109
3 | Telephone: (206) 388-5887
  | Facsimile: (206) 577-3924
  | Attorneys for Plaintiffs

4

5 | Toby J. Marshall, WSBA #32726
  | TERRELL MARSHALL LAW GROUP PLLC
6 | Email: tmarshall@terrellmarshall.com
  | 936 N. 34th Street, Suite 300
7 | Seattle, Washington 98103
  | Telephone: (206) 816-6603
8 | Facsimile: (206) 319-5450
  | Attorneys for Plaintiffs

STIPULATED MOTION FOR EXTENSION - 3

**Rekhi & Wolk, P.S.**
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

# **ORDER**

Upon consideration of the Parties' Stipulated Motion for Extension, the Court finds that good cause exists to extend certain deadlines, and it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that filing deadlines and the current case schedule will be modified as follows.

| Event | Current Date | New Date |
| --- | --- | --- |
| Motion to Remand | December 15, 2023 | January 26, 2024 |
| If no Motion to Remand is filed, then the following deadlines apply: | | |
| Responsive Pleading | December 29, 2023 | February 9, 2024 |
| Fed. R. Civ. P. 26(f) Conference | January 12, 2024 | February 23, 2024 |
| Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | January 26, 2024 | March 8, 2024 |
| Joint Status Report and Discovery Plan as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) | February 5, 2024 | March 15, 2024 |

STIPULATED MOTION FOR EXTENSION - 4

**Rekhi & Wolk, P.S.**
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

DATED this \_\_ day of _____, 2023.

By: _____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION FOR EXTENSION - 5

**Rekhi & Wolk, P.S.**
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924